COMMONWEALTH of Pennsylvania, Petitioner,

v.

Angel ROSA, Respondent.

Commonwealth of Pennsylvania, Petitioner,

v.

John Frank, Respondent.

Supreme Court of Pennsylvania.

March 27, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 27th day of March 2013, the Petition for Allowance of Appeal in the above matters is **GRANTED.** The Superior Court Order is **VACATED** and the matters are **REMANDED** to the Superior Court for reconsideration in a manner consistent with *Commonwealth v.Cruttenden,* —— Pa. ——, 58 A.3d 95 (2012).